NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DANNY W. VEAL,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3234

---

Petition for review of the Merit Systems Protection Board in case no. SF0842110041-I-1.

---

## ON MOTION

---

## ORDER

Danny W. Veal moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 13 2011
_____

Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Danny W. Veal
     Jeanne E. Davidson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

OCT 13 2011

**JAN HORBALY**
**CLERK**